THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOISES MARGARITO-GODINEZ,<br><br>Defendant. | CASE NO. CR18-0117-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to extend the indictment deadline in this matter (Dkt. No. 18). Having thoroughly considered the motion, Defendant's waiver of speedy indictment (Dkt. No. 19), and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

The Court concludes that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to an indictment. Without an extension, the Government and defense counsel would be denied the reasonable time necessary for effective preparation and negotiation. Therefore, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy indictment. 18 U.S.C. § 3161(B).

The Court therefore ORDERS that the date on or before an indictment must be filed is hereby EXTENDED from June 14, 2018 to July 12, 2018.

ORDER
CR18-0117-JCC
PAGE - 1

1       The Court further ORDERS that period of delay from June 14 to July 12, 2018, is
2 excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time
3 limitations imposed by the Speedy Trial Act.

      DATED this 31st day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE