THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOISES MARGARITO-GODINEZ,<br><br>Defendant. | CASE NO. CR18-0117-JCC<br><br>ORDER |

This matter comes before the Court on the Government's unopposed motion to dismiss the complaint pursuant to Federal Rule of Criminal Procedure 48 (Dkt. No. 27). The motion is GRANTED, and the complaint in the above-entitled caption is DISMISSED without prejudice.

DATED this 21st day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE